# OVED & OVED LLP
## ATTORNEYS

June 19, 2018

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

        Re:   *Lana Aferzon v. 172 Madison NP Holding, LLC,*
              No. 18-cv-02829 (RA) (S.D.N.Y.)

Dear Judge Abrams:

      This firm represents Petitioner in the above-referenced matter (the "Action"). Petitioner initiated the Action seeking turnover of certain assets owned by Natalia Pirogova to enforce Petitioner's Judgment against Ms. Pirogova for $1,445,411.11, which this Court issued on September 29, 2017 in *Aferzon v. Pirogova*, No. 17-cv-4845 (S.D.N.Y.).

      We write to notify Your Honor that on April 2, 2018, the United States Bankruptcy Court for the Southern District of New York issued a temporary restraining order (the "TRO") in connection with a Chapter 15 Bankruptcy Petition styled *In re Pirogova*, Case No. 18-10870 (SCC) (Bankr. S.D.N.Y.), ECF No. 10. The TRO has stayed this Action, among others, as the TRO enjoins all individuals and entities from (i) the "continuation of any action . . . relating to or affecting the Debtor [*i.e.*, Ms. Pirogova] or her property," (ii) "any action or proceeding, directly or indirectly, to obtain possession of property of the Debtor," (iii) "any act to exercise control over property of the Debtor," (iv) any act to collect, assess, or recover a claim against the Debtor," and (v) "any transfer of property of the Debtor." Accordingly, the initial conference in this Action presently scheduled for June 29 should be adjourned *sine die*. In the event that the stay imposed by the TRO is lifted, we will notify Your Honor and resume our prosecution of this Action.

                                          Respectfully submitted,

                                          Edward C. Wipper

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM