UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANA AFERZON,

               Petitioner,

v.

172 MADISON NP HOLDING, LLC, 172 MADISON NP MEMBER, LLC, AND LUIZA DUBROVSKY,

               Respondents.

**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 5-21-20

18-CV-2829 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Petitioner Lana Aferzon filed this petition to enforce judgment on April 3, 2018. Dkt. 4. On January 10, 2019, Petitioner's prior attorneys were relieved as counsel, and Petitioner was instructed to inform the Court of her next steps, including whether she intended to obtain or had obtained new counsel. *See* Dkts. 18, 19. Petitioner subsequently indicated that she was in the process of retaining new counsel. *See* Dkts. 23, 24. No later than June 22, 2020, Petitioner shall submit a letter updating the Court as to the status of this action, including whether she seeks to pursue this action at this time. If Petitioner fails to do so, the case may be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner and indicate proof of service on the docket.

SO ORDERED.

Dated:    May 21, 2020
             New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge