```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANA AFERZON,

                     Petitioner,

               v.

172 MADISON NP HOLDING, LLC, 172 MADISON NP MEMBER, LLC, AND LUIZA DUBROVSKY,

                     Respondents.

18-CV-2829 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Petitioner Lana Aferzon filed this petition to enforce judgment on April 3, 2018. Dkt. 4. On January 10, 2019, Petitioner's prior attorneys were relieved as counsel, and Petitioner was instructed to inform the Court of her next steps, including whether she intended to obtain or had obtained new counsel. *See* Dkts. 18, 19. Petitioner subsequently indicated that she was in the process of retaining new counsel. *See* Dkts. 23, 24. On May 21, 2020, the Court ordered Petitioner to submit a status update no later than June 22nd. *See* Dkt. 27. The Court advised Petitioner that if she failed to do so, the case may be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See id.* A copy of the Court's May 21st Order was mailed to Petitioner on May 28, 2020. To date, however, Petitioner has not filed any letter in response to the Order. No later than **July 24, 2020**, Petitioner shall file a status letter, updating the Court as to the status of this case, including whether she seeks to pursue this action at this time. **If Petitioner fails to do so, the Court will dismiss this action for failure to prosecute pursuant to Rule 41(b).**

      The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner and indicate proof of service on the docket.

SO ORDERED.

Dated:    July 6, 2020
             New York, New York

                                                RONNIE ABRAMS
                                              United States District Judge